```
2
```
1  Neil E. Schwartz State Bar Number 215002
   **LAW OFFICES OF NEIL E. SCHWARTZ**
2  730 21st Street
   Bakersfield, CA 93301
3  (661) 326-1122 Telephone
   (661) 748-1929 Facsimile
4  NSchwartz@bakersfieldbankruptcy.com

5  Attorney for Debtor(s)
   Chris and Stacy Mazzei
6
                    **UNITED STATES BANKRUPTCY COURT**
7
                    **EASTERN DISTRICT OF CALIFORNIA**
8
                              **FRESNO DIVISION**
9

10  In re:                                CASE NO.: 13-10867
    CHRIS MAZZEI
11                                         DC No. NES-002
    AND
12                                         EXHIBITS IN SUPPORT OF MOTION TO
    STACY MAZZEI                           AVOID JUDGMENT LIEN OF NATIONWIDE
                                           MUTUAL INSURANCE COMPANY, Under 11
13            Debtor(s)                    USC Section 522(f)(Real Property)
14
                                           Date:   February 25, 2020
15  v.                                     Time:   1:30 p.m.
                                           Place:  2500 Tulare Street
16  NATIONWIDE MUTUAL INSURANCE                    Courtroom 13, 5th Floor
    COMPANY                                        Fresno, California
17            Respondent(s)                Judge: Hon. Rene Lastreto II

18       **EXHIBITS IN SUPPORT OF MOTION TO AVOID JUDGMENT LIEN OF**
                   **NATIONWIDE INSURANCE COMPANY**
19                              **INDEX**

20       EXHIBIT A- Recorded Abstract of Judgment

21       EXHIBIT B- Schedule "C"

22       EXHIBIT C- World Wide Web for Service of Process

23

24  Dated:  December 13, 2019          **LAW OFFICES OF NEIL E. SCHWARTZ**

25                                        /s/ Neil E. Schwartz
                                          NEIL E. SCHWARTZ
26                                        Attorney for Debtors

27

28
                                    –1–

| RECORDING REQUESTED BY | James W. Fitch, Assessor – Recorder | SOFIR |
|---|---|---|
| | Kern County Official Records | 1/03/2011 |
| | Recorded at the request of Public | 1:50 PM |

05-414    KERN

WHEN RECORDED MAIL TO
NAME   LAW OFFICE OF GOATES & McCARTHY

MAILING   4685 MacArthur Court, Suite 200
ADDRESS

CITY, STATE   Newport Beach, CA
ZIP CODE   92660



DOC#: 0211000586    Stat Types: 1    Pages: 4

Fees         18.00
Taxes         0.00
Others        0.00
PAID        $18.00

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

ABSTRACT OF JUDGMENT

Legal Solutions Plus   LS-201

**ORIGINAL**

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number): |
|---|
| Recording requested by and return to: 05-414<br>John F Rutan, Jr., Esq. #120266<br>Jeffery A Korinko, Esq. #171913<br>Law Office of Goates & McCarthy<br>4685 MacArthur Court #200<br>Newport Beach, CA 92660<br>949.250.5546 |

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN
STREET ADDRESS: 1415 Truxtun Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME: METROPOLITAN DIVISION - UNLIMITED CIVIL

FOR RECORDER'S USE ONLY

PLAINTIFF: NATIONWIDE MUTUAL INSURANCE COMPANY

DEFENDANT: TARA IGOE aka TARA K IGOE; CHRISTOPHER MAZZEI aka CHRIS MAZZEI aka CHRIS M MAZZEI

CASE NUMBER: S-1500-CV-261322 AEW

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY
NOV 0 8 2010

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      TARA IGOE aka TARA K IGOE
      6700 Auburn St #84
      Bakersfield, CA 93306
      ```
   b. Driver's license no. [last 4 digits] and state: 4139, CA   [ ] Unknown
   c. Social security no. [last 4 digits]: 1033   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      TARA IGOE aka TARA K IGOE, 6700 Auburn St #84, Bakersfield, CA 93306

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   NATIONWIDE MUTUAL INSURANCE COMPANY, 4685 MacArthur Court #200, Newport Beach, CA 92660
   Date: November 3, 2010
   Jeffery A Korinko, Esq.
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 26,856.58
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 10-25-2010
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
DEC 7 2010

10. [X] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by _____, Deputy
    TERRY McNALLY

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: NATIONWIDE MUTUAL INSURANCE COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT: TARA IGOE aka TARA K IGOE; CHRISTOPHER MAZZEI aka CHRIS MAZZEI aka CHRIS M MAZZEI | S-1500-CV-261322 AEW |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

CHRISTOPHER MAZZEI aka CHRIS MAZZEI aka CHRIS M MAZZEI
12617 Jacksonville Ave
Bakersfield, CA 93312

Driver's license no. [last 4 digits] and state:   ☒ Unknown
Social security no. [last 4 digits]: 2465   ☐ Unknown
Summons was personally served at or mailed to *(address):*

CHRISTOPHER MAZZEI aka CHRIS MAZZEI aka CHRIS M MAZZEI
11009 Edna Valley St
Bakersfield, CA 93305

17. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]    **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    Page 2 of 2

ORIGINAL

## PROOF OF SERVICE BY MAIL (1013a, 2015.5 C.C.P.)

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 4685 MacArthur Ct., Suite 200, Newport Beach, CA 92660.

On December 29, 2010, I served the within **ABSTRACT OF JUDGMENT**, on the following parties in this action addressed as follows:

| TARA IGOE<br>6700 Auburn St, #84<br>Bakersfield, CA 93306 | CHRISTOPHER MAZZEI aka CHRIS MAZZEI aka CHRIS M MAZZEI<br>12617 Jacksonville Ave<br>Bakersfield, CA 93312 |
|---|---|

_X___ BY MAIL: I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Newport Beach, California. I am "readily familiar" with the firm's practice of collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed December 29, 2010, at Newport Beach, California.

Leslie Boyer
_____
LESLIE BOYER

ABSTRACT OF JUDGMENT

Loan Number: R0019110137

# BORROWER'S CERTIFICATION AND AUTHORIZATION

## CERTIFICATION

The undersigned certify the following:

1. I/We have applied for a mortgage loan from LENOX FINANCIAL MORTGAGE CORPORATION DBA WESLEND FINANCIAL ("Lender"). In applying for the loan, I/we completed a loan application containing information on the purpose of the loan, the amount and source of the downpayment, employment and income information, and assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/we omit any pertinent information.

2. I/We understand and agree that Lender reserves the right to change the mortgage loan review process. This may include verifying the information provided on the application.

3. I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

## AUTHORIZATION TO RELEASE INFORMATION

To Whom It May Concern:

1. I/We have applied for a mortgage loan from Lender. As part of the application process, Lender and the mortgage guaranty insurer (if any), may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.

2. I/We authorize you to provide to Lender and to any investor to whom you may sell my mortgage, and to the mortgage guaranty insurer (if any), any and all information and documentation that they request for a period not in excess of three months from the date of my/our execution of this Authorization to Release Information. Such information includes, but is not limited to, employment history and income; bank, money market, and similar account balances; credit history; and copies of income tax returns.

3. I/We further authorize Lender to order a consumer credit report and verify other credit information.

4. Lender or any investor that purchases the mortgage, or the mortgage guaranty insurer (if any), may address this authorization to any party named in the loan application. A copy of this authorization may be accepted as an original.

5. Your prompt reply to Lender, the investor that purchased the mortgage, or the mortgage guaranty insurer (if any) is appreciated. The mortgage guaranty insurer (if any) is: HUD

*Christopher Mazzei*
11/07/19 11:32:10 AM PST
Borrower   Christopher Mazzei          Date         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
                                                    Social Security Number

*Stacy Mazzei*
11/07/19 11:15:53 AM PST
Borrower   Stacy Mazzei                Date         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
                                                    Social Security Number

Borrower                                Date         Social Security Number

Borrower                                Date         Social Security Number

Borrower                                Date         Social Security Number

Borrower                                Date         Social Security Number

BORROWER'S CERTIFICATION AND AUTHORIZATION
TDC.LSR 02/20/14                                                          DocMagic eForms
                                                                          www.docmagic.com



**Alex Padilla
California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, January 14, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C0313251    NATIONWIDE MUTUAL INSURANCE COMPANY

| | |
|---|---|
| **Registration Date:** | 12/16/1955 |
| **Jurisdiction:** | OHIO |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE (C1592199)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | ONE WEST NATIONWIDE BLVD. COLUMBUS OH 43215 |
| **Entity Mailing Address:** | ONE WEST NATIONWIDE BLVD. COLUMBUS OH 43215 |

A Statement of Information is due EVERY year beginning five months before and through the end of December.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 10/28/2019 | |
| SI-COMPLETE | 11/16/2018 | |
| AMENDED REGISTRATION | 08/09/1985 | |
| AMENDED REGISTRATION | 01/21/1976 | Image unavailable. Please request paper copy. |
| AMENDED REGISTRATION | 10/27/1966 | Image unavailable. Please request paper copy. |
| REGISTRATION | 12/16/1955 | Image unavailable. Please request paper copy. |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.



**Alex Padilla**
**California Secretary of State**

# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, January 14, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1592199    CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE

| | |
|---|---|
| Registration Date: | 07/31/1987 |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN STOCK |
| Status: | ACTIVE |
| Agent for Service of Process: | **THE PRENTICE-HALL CORPORATION SYSTEM, INC. (C0257078)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| Entity Address: | 251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808 |
| Entity Mailing Address: | 251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808 |

A Statement of Information is due EVERY year beginning five months before and through the end of July.

| Document Type | File Date | PDF |
|---|---|---|
| 1505 CERTIFICATE | 01/07/2020 | Image unavailable. Please request paper copy. |
| SI-COMPLETE | 11/18/2019 | |
| SI-COMPLETE | 07/10/2019 | |
| 1505 CERTIFICATE | 01/28/2019 | |
| 1505 CERTIFICATE | 03/13/2018 | |
| 1505 CERTIFICATE | 02/05/2018 | |
| 1505 CERTIFICATE | 11/14/2017 | |
| 1505 CERTIFICATE | 09/19/2017 | |
| 1505 CERTIFICATE | 08/21/2014 | |

Filed 01/16/20     Case 13-10867     Doc 29

| PERSONAL(/) | BUSINESS(/BUSINESS/) |  Nationwide® (/) | 👤 Log in(/personal/login)  🔍 |

| Insurance & protection | Investing & retirement | Banking & borrowing | Life events & planning | 📋 Claims(/personal/insurance/claims/) | 💳 Pay a bill (/personal/member services/pay-bill) |

🏠 (/index) / ... / Executives (/personal/about-us/executives/) /



# Mark Berven

*President and Chief Operating Officer of Nationwide Property & Casualty*

Mark Berven is president and chief operating officer of Nationwide Property & Casualty, which includes agency-based and direct-to-consumer distribution, excess & surplus/specialty insurance, agribusiness insurance, claims, strategic partnerships, member solutions, and the commercial and personal lines organizations.

He previously served as Nationwide's Chief Strategy and Product Management officer.

Mark joined Nationwide in 1994 and has held positions of increasing responsibility, including roles in claims and in personal and commercial lines underwriting. He has served as regional vice president in both the independent and exclusive agency channels, and previously served as senior vice president for Product and Pricing for all Property and Casualty operations.

Mark holds a bachelor's degree in business administration from the University of Northern Colorado and also holds the designations of Chartered Property and Casualty Underwriter and Associate in Claims.

Mark is active in a variety of nonprofit and industry-related organizations. He serves on the Board of the National 4-H Council, Insurance Information Institute and NAMIC. Mark is a past board chair of The Childhood League Center in Columbus, Ohio, and has been involved in the United Way of Central Ohio in various capacities.

## About Nationwide